UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Carlos MUNOZ Flores,<br><br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No.　**25MJ6915-JLB**<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about December 16, 2025, within the Southern District of California, defendant, Carlos MUNOZ Flores, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON DECEMBER 17, 2025.

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Carlos MUNOZ FLORES**

## PROBABLE CAUSE STATEMENT

On December 17, 2025, Border Patrol Agent A. Varro was assigned line watch duties in the Brown Field Station's area of responsibility. He was in rough duty uniform with all patches and insignia visible.

At 8:00 pm, an infrared scope operator notified agents that they had spotted a single subject walking northbound in the brush near an area known as "Cuchama Truck Trail". Agent Varro responded to the area and discovered footprints leading north. Agent Varro followed the footprints for about one hundred yards until he lost track of it. As Agent Varro was heading back to his vehicle, he heard the sounds of breaking brush and people speaking nearby. Agent Varro investigated the area of where the sound was coming from and found two male subjects attempting to hide in the bush. He identified himself as a Border Patrol Agent and conducted an immigration inspection. He determined that both subjects, including one identified as defendant Carlos MUNOZ Flores, were citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At 8:58 pm, both subjects were placed under arrest. This location is approximately 1 mile north of the international boundary with Mexico, and approximately 3.75 miles west of the Tecate Port of Entry.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on October 27, 2024 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.